| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM  | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2016 FEB 26 A 10: 17<br>MICHAEL B. DOWLING<br>CLERK OF COURT |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: 09-03055 |
| In re:<br><br>**WENDELL LEE PINERO**<br><br>Debtor(s). | Chapter: 13 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:  $ 1,069.22

This payment represents funds remaining unpaid on the claims(s) listed below.

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| 999 | WENDELL LEE PINERO<br>94-376 ANA LANE<br>WAIPAHU, HI 96797<br><br>(Debtor Refund) | $ 1,069.22 | $ 1,069.22 |
|  |  | $ | $ |
|  |  | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: February 26, 2016

/s/ _____
Trustee

hib_3011    5/05